

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-92,295-01 & WR-92,295-02

### EX PARTE BRYAN SETH WILLIAMS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 48326-A-H-1 & 48328-A-H-1 IN THE 188TH DISTRICT COURT FROM GREGG COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of assault–family violence and aggravated assault and sentenced to 8 and 6 years' imprisonment, respectively. He filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file notices of appeal. Based on the record, the trial court has found that counsel failed to timely file notices of appeal.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file out-of-time appeals of his convictions

in cause numbers 48326-A and 48328-A from the 188th District Court of Gregg County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. All deadlines shall be calculated as if Applicant was sentenced on the date of this Court's mandate. Should Applicant decide to appeal, he must file written notices of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 14, 2021
Do not publish